**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-1861**

_____

PATRICIA T. PATTERSON,

             Plaintiff – Appellant,

        v.

JAMES R. BARBER, III; GEORGE FUNDERBURK; SUSAN BARDEN; DAVID
HUFFSTERTLER,

             Defendants – Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.    Margaret B. Seymour, District
Judge.  (0:10-cv-00025-MBS)

_____

Submitted:  September 30, 2010       Decided:  October 7, 2010

_____

Before NIEMEYER, AGEE, and KEENAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Patricia T. Patterson, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Patricia T. Patterson appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on her 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Patterson v. Barber, No. 0:10-cv-00025-MBS (D.S.C. June 10, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED